JUDGE ABRAMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13 CV 1520

---

CONCORD INVESTMENT PARTNERS
HOLDINGS, LLC,

        Plaintiff,

        -against-

STRATEGIC MINERALS PLC.,

        Defendant.

---

Case No.: 1:13-cv- _____ ( )( )

ECF Case

**PLAINTIFF'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

RECEIVED
MAR 07 2013
U.S.D.C. S.D.N.Y.
CASHIERS

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel

certifies that Plaintiff Concord Investment Partners Holdings, LLC, does not have any parent

corporation and there is no publicly held corporation that owns 10% or more of its stock

Dated: New York, New York.
      March 7, 2013

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By _____
   Eli R Mattioli

7 Times Square
New York, NY 10036
(212) 790-4500

Attorneys for Plaintiff
Concord Investment Partners Holdings, LLC